# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RASHAD LEE, # 213823,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 22-0050-CG-MU |
| **ANTONIO MCCLAIN,** *et al.*, | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's claims for injunctive relief are **DISMISSED** without prejudice as **MOOT**.

**DONE** and **ORDERED** this 10th day of August, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE